THE STATE, EX REL. MUDDIMAN, APPELLANT, *v.*
CARLISLE CORPORATION ET AL., APPELLEES.

[Cite as *State, ex rel. Muddiman, v. Carlisle
Corp.* (1991), 62 Ohio St.3d 309.]

(No. 90–66—Submitted October 23, 1990—Decided December 24, 1991.)

*Michael J. Muldoon,* for appellant.

*Thrasher, Dinsmore & Dolan* and *Lawrence J. Dolan,* for appellee Carlisle
Corporation.

*Lee I. Fisher,* Attorney General, and *Michael L. Squillace,* for appellee
Industrial Commission.

*Per Curiam.* Based on our decision in *State, ex rel. Noll, v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245, the judgment of the court of appeals is reversed and a limited writ is issued ordering the commission to identify the nonmedical disability factors relied on and to briefly explain its decision.

*Judgment reversed*
*and limited writ issued.*

MOYER, C.J., SWEENEY, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

HOLMES, J., dissents.

HOLMES, J., dissenting. I would affirm the judgment of the court of appeals.